Toney, Monique L.                                           09-13921

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS        105
                          60-249 / 433

| Case | Debtor |
|---|---|
| 09-13921 A | TONEY, MONIQUE L. |
| 92004608354666 | |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P.O BOX 1666
MANDEVILLE LA 70470

Date   08/18/2011        $ ***********4.30

~~~Four Dollars and 30/100

Pay to the Order of   U.S. Bankruptcy Court

*(signature)*
MICHAEL CHIASSON, Trustee

⑈000001 05⑈ ⑆043302493⑆ 92004608354666⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228997   - KW
* * C O P Y * *
August 19, 2011
13:36:49

UNC.UNDER$25
09-13921
Debtor.: MONIQUE L. TONEY
Trustee: Michael Chiasson
Amount.:                $4.30 CH
Check#.: 105

Total-> $4.30

FROM: CHIASSON

August 19, 2011
Deposited to 106000
TREASURY Account

Due:
Metropolitan Gastroenterolgy
Assoc.

CV.

Printed: 08/18/11 09:18 AM

Page: 1

# Claims Distribution Small Checks

Trustee: MICHAEL CHIASSON (380290)

Case: 09-13921 - TONEY, MONIQUE L.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200460835466 | 105 | 08/18/11 | 2 -1 | 07/01/10 | 610 | Payee: U.S. Bankruptcy Court<br>METROPOLITAN GASTROENTEROLGY ASSOC | 98.66 | 98.66 | 4.30 | 4.30 |

Check Amount: $4.30

(*) Denotes objection to Amount Filed